Nov. Term,
1853.

Doe
v.
Goodwin.

THE STATE v. NOLAN.

Courts of Common Pleas have not jurisdiction, under the R. S. 1852, over offences committed before the act establishing said courts took effect.

*Monday, December 12.*

APPEAL from the *Tippecanoe* Court of Common Pleas. STUART, J.—It appears that the assault and battery complained of was committed two months prior to the taking effect of the act to establish Common Pleas. The Court, on motion, correctly dismissed the complaint for want of jurisdiction. Section 3, c. 92, vol. 1, R. S. 1852.

*Per Curiam.*—The judgment is affirmed.

*L. Reilly*, for the state.

*J. O'Brian* and *R. W. Sill*, for the appellee.

---

THE STATE v. SHERM.—THE STATE v. YOUNG.

*Monday, December 12.*

APPEALS from the *Tippecanoe* Court of Common Pleas. *Per Curiam.*—The above opinion in the case of *The State* v. *Nolan*, is applicable to these cases, and the judgments are therefore affirmed.

*L. Reilly*, for the state.

*J. O'Brian* and *R. W. Sill*, for the defendants.

---

DOE on the demise of WENTWORTH and Another v. GOODWIN.

The finding of the Circuit Court, sitting as a jury, upon a matter of fact, will not be disturbed, where the evidence is conflicting.